```
IT IS HEREBY ADJUDGED
and DECREED this is SO
ORDERED.
The party obtaining this order is responsible for
noticing it pursuant to Local Rule 9022-1.

Dated: November 03, 2009
```


_____
**RANDOLPH J. HAINES**
**U.S. Bankruptcy Judge**
_____

**TIFFANY & BOSCO**
P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

09-24931/0055445282

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Steven Anthony Bitler and Sandra Sanders Bitler<br>        Debtors.<br>_____<br>Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA<br>        Movant,<br>    vs.<br><br>Steven Anthony Bitler and Sandra Sanders Bitler, Debtors, Maureen Gaughan, Trustee.<br><br>        Respondents. | No. 2:09-bk-18237-RJH<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #20) |

Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefor,

IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated October 8, 2004 and recorded in the office of the Maricopa County Recorder wherein Mortgage Electronic Registration Systems, Inc. as nominee for Wells Fargo Home Mortgage a Division of Wells Fargo Bank NA is the current beneficiary and Steven Anthony Bitler and Sandra Sanders Bitler have an interest in, further described as:

> Lot 111, DOVE VALLEY RANCH PARCELS 2B & 2C, according to Book 499, of Maps, Page 30, records of Maricopa County, Arizona.

IT IS FURTHER ORDERED that Movant may contact the Debtor(s) by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtors. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtors if Debtors' personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.

DATED this ____ day of _____, 2009.

_____
JUDGE OF THE U.S. BANKRUPTCY COURT